UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR(S):  ALBERTO PADRON CID    SS#xxx-xx-3354    CASE NO.: 13-27254
MAYRA PADRON    SS#xxx-xx-6252    SIXTH AMENDED PLAN OF REORGANIZATION

This document is plan summary. Additional data on file in clerk's office attached to original Plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months:
  A. $ __3589.08__ for months __1__ to __7__;
  B. $ __3490.63__ for months __8__ to ___;
  C. $ __4096.02__ for months __9__ to ___;
  D. $ __4241.77__ for months __10__ to __60__ in order to pay the following creditors:
**Administrative:**    Attorney's Fee - $ __5800.00__    TOTAL PAID  $4000.00
                        Balance Due $ __1800.00__    payable $ 300.00 /mo (Mos. __1__ To __6__ )
                        $.00/mo (Mos )

**Secured Creditors:** [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)]
Mortgage(s)/Liens on Real Property:

1. _____    Arrearage $ _____ thru _____
                                          Regular Payment $ _____/mo.(Mos. __ to __)
                                          Arrears Payment $ _____ mo.(Mos. __1__ to __60__ )
                                          Arrears Payment $ _____ mo (Mos. __ to __ )

☐ IF CHECKED, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIMS OF THE CREDITORS LISTED BELOW PURSUANT TO 11 USC § 506(a) AND BANKRUPTCY RULE 3012.

| Secured Creditor | Payoff Amount: Value of Collateral | Rate of Interest | Plan Payments | Months of Payments |
|---|---|---|---|---|
| BAC HOME LOANS SERVICING LP PO BOX 650070, DALLAS, TEXAS 75265 (19451-53 SW 103 Court) | $162,000. | 5.5% | $2318.94(1-6) $2618.94 (7) $2530.33 (8) $3075.19(9) $3206.37(51) | 60 |
| BAC Home Loans Servicing LP PO BOX 660807 DALLAS, TX (Second Mort 17843 SW 88 Place) | $0 | 0 | 0 | 0 |

The Debtor will keep the property at 17843 SW 88 Place, Miami and pay the first mortgage held by BAC Home Loans Servicing, LP. directly outside of the plan. The second mortgage on the property was stripped off and avoided. The Debtor will surrender the

property at 12852 SW 64 Lane, Miami, Florida. The Debtor will keep the property at 19451-53 SW 103 Court Miami, Florida and pay the lender the value of the property with interest at 5.5% over the life of the plan. The Debtor will keep the property in Putnam County and pay the Putnam county tax collector outside of the plan. The Debtor will keep the properties in Tioga County, New York and pay the taxes outside the plan. The Debtor will keep the Hilton Timeshare.

Priority Creditors:   The Debtors will pay the amount of $217.35 mothly months 1-60 to satisfy the claims of the Internal Reveue Service in full over the life of the plan.

Unsecured Creditors Pay $ 393.88 per month (month 1-60)    UNDISPUTED  UNSECURED AND UNDERSECURED claims listed in the schedules.

Other Provisions: The debtors are hereby advised that the chapter 13 trustee has requested that the debtor compy with §521(f) 1-4 on an annual basis during the pendency of this case. The debtors hereby acknowledge that each year the case is pending the debtors shall provide the trustee with their filed tax returns at the same time as the tax returns are filed with the Internal Revenue Service or other taxing agency and shall provide the trustee with verification of their disposable income..

I declare that the foregoing chapter 13 Plan is true and correct under penalty of perjury.

_____  7-8-2014            _____  7-8-14
DEBTOR                   DATE                DEBTOR (if joint)         DATE